District Judge Robert J. Bryan

**FILED (DROP BOX)**

DEC 0 6 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* DENA R. WALKER, and DENA R. WALKER, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED WOUND HEALING P.S.,<br><br>Defendant. | CASE NO. 3:19-cv-05945-RJB<br><br>**FILED UNDER SEAL**<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Plaintiff United States of America in the above entitled cause of action, without waiving objection to, inter alia, service, venue, or jurisdiction, hereby enters its appearance by and through the attorney of record listed below:

>Nickolas Bohl
>Assistant United States Attorney
>United States Attorney's Office
>700 Stewart Street, Suite 5220
>Seattle, Washington 98101-1271

You are advised that service of all further pleadings, notices, documents or other papers herein, exclusive of original process, may be made upon said defendants by serving the above-named attorney at the address indicated above.

NOTICE OF APPEARANCE - 1
(3:19-cv-05945-RJB)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Dated this 6th day of December, 2021.

2  Respectfully submitted,

3

4  NICHOLAS W. BROWN
   United States Attorney

5

6  NICKOLAS BOHL, WSBA No. 48978
   Assistant United States Attorney
7  United States Attorney's Office
   700 Stewart Street, Suite 5220
8  Seattle, Washington 98101-1271
   Phone: 206-553-7970
9  Fax: 206-553-4067
   Email: nickolas.bohl@usdoj.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE - 2
(3:19-cv-05945-RJB)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970