The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* DENA R. WALKER, and DENA R. WALKER, Individually,

Plaintiffs,

v.

UNITED WOUND HEALING P.S.,

Defendant.

CASE NO. 3:19-cv-05945-JHC

**FILED UNDER SEAL**

**ORDER**

The United States of America and the State of Washington have filed an *ex parte* Application for an order (1) extending for six (6) months, from June 10, 2022 until December 12, 2022, the period during which the Governmental Entities will determine whether to intervene in this case and for an extension of time during which this case will remain under seal, and (2) partially lifting the seal in this case so that the Governmental Entities may, at their discretion, inform Defendant United Wound Healing P.S. ("UWH") and other necessary parties of the existence of this *qui tam* action and provide UWH, if warranted, with a copy of the Complaint and any future amended complaints. An extension of time is expressly contemplated by the False Claims Act and the Washington State Medicaid Fraud False Claims Act, which provide that the United States and the State of Washington,

ORDER - 1
(3:19-cv-05945-JHC)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

respectively, "may, for good cause shown" move the Court for extensions of time. 31 U.S.C. § 3730(b)(3); Wash. Rev. Code § 74.66.050(3). The Court finds that the *ex parte* Application establishes good cause, and the Court is satisfied that a partial lifting of the seal is consistent with the seal provisions of the False Claims Act and may expedite the parties' attempts at resolution of this matter.

THEREFORE, IT IS HEREBY ORDERED that the Governmental Entities' *ex parte* Application for a partial lifting of the seal shall be granted such that the Governmental Entities, in their discretion, may disclose the existence of this *qui tam* action and provide a copy of the Complaint and any future amended complaints to the Defendant and other necessary parties.

IT IS FURTHER ORDERED that the United States and the State of Washington shall have until December 12, 2022, to notify the Court of their decision to intervene in this *qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the investigation.

DATED this 14th day of June, 2022.

*/s/ John H. Chun*
JOHN H. CHUN
United States District Judge

Presented By:

*/s/ Ashley Passmore, FL-91922 for*
ASHLEY C. BURNS, NY #5186382
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

ORDER - 2
(3:19-cv-05945-JHC)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Phone: 206-553-7970
   Fax:   206-553-4067
2  Email: ashley.burns@usdoj.gov

3  *[signature]* Whitney Passmore 9/19/22 for
   CARRIE L. BASHAW, WSBA # 20253
4  Senior Counsel
   Office of the Attorney General of Washington State
5  Medicaid Fraud Control Division
   P.O. Box 40114
6  Olympia, Washington 98504-0124
   Phone: 360-586-8895
7  E-mail: carrie.bashaw@atg.wa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER -3
(3:19-cv-05945-RJB)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970