The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel*. DENA R. WALKER, and DENA R. WALKER, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED WOUND HEALING P.S.,<br><br>Defendant. | CASE NO. 3:19-cv-05945-JHC<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States of America and the State of Washington have filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene, seeking a three-month extension of time, from December 12, 2022, until March 12, 2023, to notify the Court whether they intend to intervene in this *qui tam* action. Such an extension of time is expressly contemplated by the False Claims Act and the Washington State Medicaid Fraud False Claims Act, which provide that the United States and the State of Washington, respectively, "may, for good cause shown" move the Court for extensions of time. 31 U.S.C. § 3730(b)(3); Wash. Rev. Code § 74.66.050(3). The Court finds that the *ex parte* Application establishes good cause.

ORDER - 1
(3:19-cv-05945-JHC)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, it is hereby ORDERED that the United States and the State of Washington shall have until March 12, 2023, to notify the Court of their decision to intervene in this *qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the investigation.

DATED this 13th day of December, 2022.

*[signature]*

John H. Chun
United States District Judge

Presented By:

*s/ Ashley C. Burns*
ASHLEY C. BURNS, NY #5186382
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: ashley.burns@usdoj.gov

*s/ Carrie L. Bashaw*
CARRIE L. BASHAW, WSBA # 20253
Senior Counsel
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, Washington 98504-0124
Phone: 360-586-8895
Email: carrie.bashaw@atg.wa.gov

ORDER - 2
(3:19-cv-05945-JHC)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970