The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel*. DENA R. WALKER, and DENA R. WALKER, Individually,<br><br>            Plaintiffs,<br><br>         v.<br><br>UNITED WOUND HEALING P.S.,<br><br>            Defendant. | CASE NO. 3:19-cv-05945-JHC<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

      The United States of America and the State of Washington have filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene, seeking a three-month extension of time, from March 12, 2023, until June 12, 2023, to notify the Court whether they intend to intervene in this *qui tam* action. Such an extension of time is expressly contemplated by the False Claims Act and the Washington State Medicaid Fraud False Claims Act, which provide that the United States and the State of Washington, respectively, "may, for good cause shown" move the Court for extensions of time. 31 U.S.C. § 3730(b)(3); Wash. Rev. Code § 74.66.050(3). The Court finds that the *ex parte* Application establishes good cause.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      Accordingly, it is hereby ORDERED that the United States and the State of Washington shall

2  have until June 12, 2023, to notify the Court of their decision to intervene in this *qui tam* action. The

3  Clerk shall maintain the Complaint and other filings under seal for the duration of the investigation.

4

5          DATED this 10th day of March, 2023.

6

7                                   *John H. Chun*

8                                   John H. Chun
                                    United States District Judge

9

10

11  Presented By:

12

13  *s/ Ashley C. Burns*
    ASHLEY C. BURNS, NY #5186382

14  Assistant United States Attorney
    United States Attorney's Office

15  700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271

16  Phone: 206-553-7970
    Fax:    206-553-4067

17  Email: ashley.burns@usdoj.gov

18

19  *s/ Carrie L. Bashaw*
    CARRIE L. BASHAW, WA #20253

20  Senior Counsel
    Office of the Attorney General of Washington State

21  Medicaid Fraud Control Division
    P.O. Box 40114

22  Olympia, Washington 98504-0124
    Phone: 360-586-8895

23  Email: carrie.bashaw@atg.wa.gov