The Honorable John H. Chun

FILED (DROP BOX)

MAY 0 4 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* DENA R. WALKER, and DENA R. WALKER, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED WOUND HEALING P.S.,<br><br>Defendant. | CASE NO. 3:19-cv-05945-JHC<br><br>**FILED UNDER SEAL**<br><br>Noted for Consideration on:<br>May 4, 2023 |

**GOVERNMENTAL ENTITIES' *EX PARTE* NOTICE OF INTERVENTION-IN-PART FOR PURPOSES OF EFFECTUATING SETTLEMENT AND DECLINATION-IN-PART AND APPLICATION FOR AN UNSEALING OF RELATOR'S COMPLAINT**

The United States and the State of Washington (collectively, the "Governmental Entities"), Defendant United Wound Healing, P.S. ("UWH"), and the Relator have concluded a final settlement to resolve the claims brought on behalf of the Governmental Entities in this action. Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), and the Washington State Medicaid Fraud False Claims Act, Wash. Rev. Code §§ 74.66.050(2)-(4), the Governmental Entities hereby notify the Court of their decision to intervene in part for the purpose of settlement and to decline in part, and

*EX PARTE* NOTICE OF INTERVENTION IN-PART FOR PURPOSES OF
EFFECTUATING SETTLEMENT - 1
(3:19-cv-05945-JHC)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 respectfully apply to the Court *ex parte* for an Order lifting the seal.

2 Specifically, the Governmental Entities intervene in this action with respect to the Covered Conduct, as defined in Paragraph D of the Settlement Agreement executed among the parties on May 3, 2023 ("Settlement Agreement"). The Governmental Entities decline intervention with respect to all other claims alleged in this action apart from those based upon the Covered Conduct.

Under the terms of the Settlement Agreement among the parties, following UWH's initial payment to the United States pursuant to the payment schedule set forth in the Settlement Agreement, and UWH's payment to the State of Washington, the Governmental Entities and the Relator will file a Joint Stipulation of Dismissal with respect to all claims brought on behalf of the Governmental Entities.

In light of the Settlement Agreement reached among the parties, the Governmental Entities do not presently intend to file a complaint in intervention but reserve the right to seek leave to file such a complaint in the event that UWH does not completely pay the full settlement amount consistent with the terms of the Settlement Agreement.

Accordingly, in anticipation of filing of a Stipulation of Dismissal, the Governmental Entities request that this Court enter an Order, in the form herewith provided, which lifts the seal on the Relator's Complaint, this Notice and Application, and all subsequent filings.

A proposed order accompanies this Notice and Application.

//
//
//

*EX PARTE* NOTICE OF INTERVENTION IN-PART FOR PURPOSES OF EFFECTUATING SETTLEMENT - 2
(3:19-cv-05945-JHC)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 4th day of May, 2023.

Respectfully submitted,

TESSA M. GORMAN
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

*/s/ Ashley C. Burns*
ASHLEY C. BURNS, NY #5186382
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: ashley.burns@usdoj.gov

*Attorneys for the United States of America*

I certify that this memorandum contains 359 words, in compliance with the Local Civil Rules.

ROBERT W. FERGUSON
Washington Attorney General

*/s/ Ashley C. Burns on behalf of*
CARRIE L. BASHAW, WSBA # 20253
Senior Counsel
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, Washington 98504-0124
Phone: 360-586-8895
Email: carrie.bashaw@atg.wa.gov

*Attorneys for the State of Washington*

*EX PARTE* NOTICE OF INTERVENTION IN-PART FOR PURPOSES OF
EFFECTUATING SETTLEMENT - 3
(3:19-cv-05945-JHC)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970