The Honorable John H. Chun

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel*. DENA R. WALKER, and DENA R. WALKER, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED WOUND HEALING P.S.,<br><br>Defendant. | CASE NO. 3:19-cv-05945-JHC<br><br>**ORDER** |

The United States and the State of Washington, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), and the Washington State Medicaid Fraud False Claims Act, Wash. Rev. Code §§ 74.66.050(2)-(4), having intervened in part for the purpose of settlement in this action, and having requested that the Court lift the seal in this case; it is hereby:

ORDERED that the seal shall be lifted on all matters in this action; and it is further

ORDERED that the Clerk of the Court shall provide an executed copy of this Order to counsel for the Government and counsel for the Relator.

//

ORDER - 1
(3:19-cv-05945-JHC)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 8th day of May, 2023.

*signature: John H. Chun*

JOHN H. CHUN
United States District Judge

Presented By:

*s/ Ashley C. Burns*
ASHLEY C. BURNS, NY #5186382
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: ashley.burns@usdoj.gov

*s/ Carrie L. Bashaw*
CARRIE L. BASHAW, WA #20253
Senior Counsel
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, Washington 98504-0124
Phone: 360-586-8895
Email: carrie.bashaw@atg.wa.gov

ORDER - 2
(3:19-cv-05945-JHC)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970