The Honorable John H. Chun

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel*. DENA R. WALKER, and DENA R. WALKER, Individually,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED WOUND HEALING P.S.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 3:19-cv-05945-JHC<br><br>**ORDER** |

The Court, having considered the Stipulation of Dismissal filed by the United States, the State of Washington, and the Relator Dena R. Walker, it is hereby ORDERED, pursuant to 31 U.S.C. § 3730(b)(1), that:

　　1.　　The Parties having agreed to a settlement of certain claims raised in this matter;

　　2.　　All of the claims set forth in the Complaint shall be dismissed against Defendant with prejudice to the Relator, and with prejudice to the United States and the State of Washington to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement concluded

ORDER - 1
(3:19-cv-05945-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

among the United States, the State of Washington, the Relator, and Defendant on May 3, 2023, but otherwise without prejudice to the United States and the State of Washington; and

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

DATED this 16th day of May, 2023.

JOHN H. CHUN
United States District Judge

Presented By:

*s/ Ashley C. Burns*
ASHLEY C. BURNS, NY #5186382
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: ashley.burns@usdoj.gov

*s/ Carrie L. Bashaw*
CARRIE L. BASHAW, WA #20253
Senior Counsel
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, Washington 98504-0124
Phone: 360-586-8895
Email: carrie.bashaw@atg.wa.gov

*s/ Richard Elias*
Richard Elias, MO #53820
ELIAS LLC
231 S. Bemiston Avenue
Suite 800

[ORDER - 2
(3:19-cv-05945-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  St. Louis, Missouri 63105
   Phone: 314-391-6820
2  Email: relias@eliasllc.com

3  *s/ Brad J. Moore*
   Brad J. Moore, WA #21802
4  STRITMATTER KESSLER KOEHLER MOORE
5  3600 15th Avenue West, #300
   Seattle, Washington 98119
6  Phone: 206-448-1777
   Fax: 206-728-2131
7  Email: brad@stritmatter.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2
(3:19-cv-05945-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970